**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1999**

OKSANA MARINARO

Plaintiff - Appellant,

v.

HONORABLE WILLIAM S. MOORE; HONORABLE JAMES C. LEWIS; HONORABLE LESLIE L. LILLEY; HONORABLE H. THOMAS PADRICK; HONORABLE TINA SINNEN; BRETT TIDRICK; CHERYL E. BENN, all in their official and individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Elizabeth W. Hanes, District Judge. (2:24-cv-00001-EWH-LRL)

Submitted: February 20, 2025                    Decided: February 25, 2025

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oksana Marinaro, Appellant Pro Se. Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia; Mary Teresa Morgan, PARKER POLLARD WILTON & PEADEN, Virginia Beach, Virginia; Meredith Linn Yoder, PARKER, POLLARD, WILTON & PEADEN, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oksana Marinaro appeals the district court's order dismissing her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Marinaro v. Moore*, No. 2:24-cv-00001-EWH-LRL (E.D. Va., Sept. 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*